IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 02-cv-01596-LTB-CBS

HOWARD HAUGEN, and
KIRK STILES, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY, an Illinois corporation, and
ALLSTATE INDEMNITY COMPANY, an Illinois corporation,

    Defendants.

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

It is hereby **ORDERED** that the Joint Motion to Modify Scheduling Order (Doc. No. 129, Filed August 26, 2005) is **GRANTED**.  The scheduling order shall be modified as follows:

| | |
|---|---|
| Fact discovery deadline | **September 30, 2005** |
| Rule 26(a)(2) affirmative expert disclosures | **October 14, 2005** |
| Plaintiffs' class certification motion | **October 14, 2005** |
| Rule 26(a)(2) rebuttal expert disclosures | **November 14, 2005** |

*All deadlines previously set by this Court, not modified herein, remain in effect.*

**DATED:**     September 6, 2005