IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 02-cv-01596-LTB-CBS

HOWARD HAUGEN, and
KIRK STILES, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY, an Illinois corporation, and
ALLSTATE INDEMNITY COMPANY, an Illinois corporation,

    Defendants.

---

### MINUTE ORDER

---

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

It is hereby **ORDERED** that the Joint Motion to Extend Certain Deadlines (Filed September 30, 2005; *doc. no. 131*) is **GRANTED**. The scheduling order shall be modified as follows:

| | |
|---|---|
| Fact discovery deadline | **October 21, 2005** |
| Rule 26(a)(2) affirmative expert disclosures | **October 28, 2005** |
| Plaintiffs' class certification motion | **October 28, 2005** |
| Rule 26(a)(2) rebuttal expert disclosures | **November 28, 2005** |

*All deadlines previously set by this Court, not modified herein, remain in effect.* It is further

**ORDERED** that when filing documents with the court, counsel are required to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P. ); the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR. ) *and* the District of Colorado ECF Procedures (D.C. COLO. ECF. PROC.). **Counsel are particularly instructed to note 10.1 E (Spacing).**

The court appreciates Parties diligent efforts towards settlement. If the court can be of assistance in the settlement process, counsel should contact chambers at 303.844.2117.

**DATED:**    October 12, 2005