**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  02-cv-01596-LTB-CBS

HOWARD HAUGEN and
KIRK STILES, on behalf of themselves and all other similarly situated,
       Plaintiff,

v.

ALLSTATE INSURANCE COMPANY, an Illinois corporation, and
ALLSTATE INDEMNITY COMPANY, an Illinois corporation,
       Defendants.
_____

**ORDER OF DISMISSAL**
_____


       THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 136 - filed December 12, 2005), and the Court being fully advised in the premises, it is therefore

       ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.


                                    BY THE COURT:


                                      s/Lewis T. Babcock
                                    Lewis T. Babcock, Chief Judge

DATED: December 13, 2005